

# NUMBER 13-24-00314-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE GARDA CL SOUTHWEST, INC.

## ON PETITION FOR WRIT OF MANDAMUS

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Justice Peña[1]**

Relator Garda CL Southwest, Inc. filed a petition for writ of mandamus asserting that the trial court abused its discretion by denying relator's motion to designate a responsible third party. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 33.004. By order previously issued in this original proceeding, we requested the real party in interest, Juan

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.1 ("The court of appeals must hand down a written opinion that is as brief as practicable but that addresses every issue raised and necessary to final disposition of the appeal."); *id.* R. 47.4 (explaining the differences between opinions and memorandum opinions).

Flores, to file a response to the petition for writ of mandamus, and such response has been duly filed. *See* TEX. R. APP. P. 52.2, 52.4, 52.8. However, relator has now filed a motion to withdraw its petition for writ of mandamus on grounds that the underlying lawsuit settled in mediation on July 17, 2024. Relator asserts that there are no pending matters before the trial court and, therefore, its petition for mandamus is moot.

The Court, having examined and fully considered the petition for writ of mandamus, the response, and the motion to dismiss, is of the opinion that this matter should be dismissed. *See In re Cont. Freighters, Inc.*, 646 S.W.3d 810, 813 (Tex. 2022) (orig. proceeding) (per curiam); *Heckman v. Williamson Cnty.*, 369 S.W.3d 137, 162 (Tex. 2012); *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding). Accordingly, we grant relator's motion to dismiss, and we dismiss this original proceeding as moot.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
19th day of July, 2024.